No. 604. Ajax Trucking Co., Inc. *v.* Browne et al., constituting the State Tax Commission. Appeal from the Court of Appeals of New York. *Per Curiam:* The appeal is dismissed. *Matson Navigation Co.* v. *State*

*Board of Equalization,* 297 U. S. 441. *Sidney Meyers* for appellant.